UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MCKINNON BROADCASTING COMPANY,<br><br>　　　　　　　　　　Defendant. | Case No. 22-cv-00935-BAS-AHG<br><br>**ORDER:**<br><br>**(1) GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (ECF No. 12); AND**<br><br>**(2) GRANTING JOINT MOTION TO DISMISS MCKINNON BROADCASTING COMPANY WITH PREJUDICE (ECF No. 13)** |

　　　Pending before the Court are two motions in this copyright action. First, Plaintiff moves for leave to file a first amended complaint. (ECF No. 12.) The proposed first amended complaint adds The Associated Press as a defendant, which Plaintiff alleges was responsible for the infringement at issue. (*Id.*) Rule 15(a)(2) provides that the Court "should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). The Court finds that granting leave is appropriate here. *See Foman v. Davis*, 371 U.S. 178, 182 (1962) (listing

factors for granting leave to amend). Thus, the Court **GRANTS** Plaintiff's motion for leave to amend. Plaintiff must file the amended pleading **no later than September 6, 2022.**

Second, the parties have jointly requested that Defendant McKinnon Broadcasting Company be dismissed from this case with prejudice. (ECF No. 13.) The Court **GRANTS** the joint motion and **DISMISSES WITH PREJUDICE** Plaintiff's case as to Defendant McKinnon Broadcasting Company. Each party shall bear its own attorneys' fees and costs.[1]

**IT IS SO ORDERED.**

**DATED: August 31, 2022**

Hon. Cynthia Bashant
United States District Judge

---

[1] Further, the Court **TERMINATES** the parties' duplicative motions. (ECF Nos. 10, 11.)